In the Matter of the Application of the CITY OF NEW YORK to Acquire Title to Wharfage Rights. (Pier New No. 32, North River.)

In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY, as Trustee, et al., Appellants.

In the Matter of the Petition of GIBBONEY, JOHNSTON & FLYNN, to Enforce an Attorneys' Lien, Respondents.

(Argued June 6, 1934; decided October 2, 1934.)

*Nathan L. Miller*, *William W. Miller* and *Harold H. Corbin* for City Bank Farmers Trust Company, as trustee, and Irving Trust Company, as receiver, appellants.

*Herman L. Weisman* and *Edward Lee* for Theodore Waeber, as trustee in bankruptcy, appellant.

*James F. Donnelly*, *Stuart G. Gibboney*, *Henry Alan Johnston* and *Frederick J. Flynn* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.